FILED
IN COURT
CHARLOTTE, N. C.

JUN 26 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:07CR124-W |
| | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | |
| STALLONE DEVORAY ROBINSON | ) | **ORDER TO SEAL INDICTMENT** |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

This 26th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

