UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07Cr124-W |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **INDICTMENT** |
| STALLONE DEVORAY ROBINSON | ) | |

**UPON MOTION** of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**NOW, THEREFORE, IT IS ORDERED** that the Bill of Indictment in the above-captioned case be unsealed.

**SO ORDERED.**

This the 1st day of August, 2007.

_____
CARL HORN, III
UNITED STATES MAGISTRATE JUDGE